NO. CAAP-13-0000086

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JUNE-JUNE MAS ABDON, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-0636)

ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion
entered on September 26, 2014 (docket no. 97) and the Judgment on
Appeal that was entered on October 22, 2014 (docket no. 99) in
the above case are corrected as follows:

The portion of the caption that reads "JUNE-JUNE MAS
ABDON, Plaintiff-Appellant" shall read "JUNE-JUNE MAS ABDON,
Defendant-Appellant".

The Clerk of the Court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 27, 2014.

FOR THE COURT:

Associate Judge

_____

[1] Fujise and Ginoza, JJ., with Nakamura, C.J., concurring
separately.